# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Wayne Solee,

    Plaintiff

v.

BRE/HC Las Vegas Property Holdings, LLC,

    Defendant

2:17-cv-02799-JAD-PAL

**Remand Order**

**[ECF No. 6]**

For the reasons stated on the record during today's hearing on the Motion to Remand,

IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 6] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-759689-C, Dept. No. 28** because removal was premature**.** The Clerk of Court is directed to CLOSE THIS CASE.

Dated December 18, 2017

_____
Jennifer A. Dorsey
United States District Judge